JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BURNS in his individual and representative capacities,<br><br>                    Plaintiff,<br><br>    v.<br><br>POWER PARAGON, INC. and DOES 1 through 10, inclusive,<br><br>                  Defendants. | Case No. 8:21-cv-01452-CJC-(JDEx)<br><br>Assigned to: Hon. Cormac J. Carney<br>Magistrate Judge John D. Early<br><br>**ORDER GRANTING STIPULATION TO VACATE HEARING ON MOTION FOR CLASS CERTIFICATION AND REMAND CASE FOR SETTLEMENT PURPOSES ONLY** |

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, THE COURT ORDERS AS FOLLOWS:

1. The hearing on Plaintiff's Motion for Class Certification set for February 3, 2023 at 10:00 a.m. is vacated;

2. This action shall be remanded to the Orange County Superior Court for purposes of approval of the parties' settlement only.

SO ORDERED.

Dated: February 1, 2023

                                                    Judge Cormac J. Carney